Goodwin, Westmoreland & Hallman, for plaintiff in error.
James L. Key, contra.

---

ATLANTA CONSOLIDATED STREET RAILWAY CO. v. MAGRUDER.

LEWIS, J.　There being no error of law committed, and the verdict not being without evidence to support it, this court will not interfere with the discretion of the trial judge in overruling the motion for a new trial.　Judgment affirmed.　All the Justices concurring; except Cobb, J., disqualified.

Argued May 20,—Decided June 8 1898.

Action for damages.　Before Judge Reid.　City court of Atlanta.　November term, 1897.

Goodwin, Westmoreland & Hallman, for plaintiff in error.
T. W. Rucker and Arnold & Arnold, contra.

---

BINION, for use, v. FIELD et al.

LUMPKIN, P. J.　The bill of exceptions was sued out in due time; and it appearing from an examination of the record that there was evidence entitling the plaintiff to relief against at least some of the defendants, the court erred in granting a nonsuit.
Judgment reversed.　All the Justices concurring.

Argued May 23,—Decided June 8, 1898.

Equitable petition.　Before Judge Hart.　DeKalb superior court.　August term, 1897.

John A. Wimpy, for plaintiff.
W. W. Braswell and J. N. Bateman, for defendants.